IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELINDA L. BOHLS, et al.,**  ]<br>]<br>**Plaintiffs,**  ]<br>]<br>v.  ]<br>]<br>**ELI LILLY AND COMPANY,**  ]<br>]<br>**Defendant.**  ] | Civil Action No.: 08-0444 (RCL)<br>Next Event: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, MELINDA L. BOHLS, ERIC M. BOHLS, ELLEN KAY HAWOTTE, and RONALD HAWOTTE in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046