THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MELINDA L. BOHLS, et al.**  )<br>)<br>)<br>**Plaintiffs,**  )<br>)<br>vs.  )<br>)<br>**ELI LILLY AND COMPANY**  )<br>)<br>**Defendant.**  )<br>)<br>)<br>) | **CIVIL ACTION 1:08-cv-00444-RCL** |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ John Chadwick Coots
John Chadwick Coots, D.C. Bar No. 461979
600 14TH Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400  Telephone
(202) 783-4211  Facsimile

**ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY**

146676v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 24th day of March, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiffs**

                                              /s/ John Chadwick Coots
                                              **ATTORNEY FOR DEFENDANT**
                                              **ELI LILLY AND COMPANY**